ORDERED UNSEALED on 05/06/2024 s/ melodyqui **SEALED**

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JESSE CLARK GARCIA,<br><br>Defendant. | Case No.: '24 MJ1720 SBC<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 21, U.S.C., Sec. 952, 960, and 963 – Importation of Fentanyl and Cocaine and Conspiracy Related Thereto<br>Title 18, U.S.C., Sec. 2 – Aiding and Abetting (Felony) |

The undersigned complainant being duly sworn states:

## Count 1

Beginning on a date unknown and at least continuing up to and including August 22, 2023, within the Southern District of California and elsewhere, defendant JESSE CLARK GARCIA did knowingly and intentionally conspire with other persons known and unknown to import 400 grams and more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide (fentanyl), a Schedule II Controlled Substance; and 5 kilograms and more of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Sections 952, 960, and 963.

## Count 2

On or about August 22, 2023, within the Southern District of California and elsewhere, defendant JESSE CLARK GARCIA did knowingly and intentionally import 400 grams and more, to wit: approximately 3.99 kilograms (8.80 pounds) of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide (fentanyl), a Schedule II Controlled Substance; in violation of Title 21, United States Code, Sections 952 and 960, and Title 18, United States Code, Section 2.

## Count 3

On or about August 22, 2023, within the Southern District of California and elsewhere, defendant JESSE CLARK GARCIA did knowingly and intentionally import 15 kilograms and more, to wit: approximately 216 kilograms (476.20 pounds) of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Sections 952 and 960 and Title 18, United States Code, Section 2.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

*Prescilla Gonzales*
Special Agent Prescilla Gonzales
Federal Bureau of Investigation

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 2nd day of May 2024

HON. STEVE B. CHU
UNITED STATES MAGISTRATE JUDGE

2

STATEMENT OF FACTS

On or about August 22, 2023, at approximately 11:50 a.m., Amanda Mancera, who has been charged elsewhere, applied for entry from Mexico into the United States at the Tecate, California Port of Entry (Port of Entry) as the driver of a Toyota Camry with California license plates (the Camry). Customs and Border Protection Officer (CBPO) JESSE CLARK GARCIA, who was working primary lane duties at the time, admitted her. Records received from the Tecate POE reflect that GARCIA had been assigned to the pedestrian entry lanes at the time he admitted Mancera but had switched with another CBPO to work the vehicle primary lane before she entered.

At approximately 2:22 p.m., GARCIA, who was driving his personal vehicle, entered the Route 94 checkpoint (the checkpoint), which is located approximately 15 miles from the Tecate POE. Driving immediately behind him was Mancera. According to a Border Patrol Agent working on the offense date at the checkpoint, the checkpoint was normally closed at 2:00 p.m. each day due to a shift change and the lack of manpower. However, a decision was made to open the checkpoint early on this date. Investigators believe that Mancera's crossing through the checkpoint after 2:00 p.m. was purposeful and done in an effort to avoid the open checkpoint. Video surveillance footage from the Tecate POE and a nearby business, Baja Mex Tecate, were obtained, which shows that, at approximately 11:52 a.m., Mancera's Camry drove northbound away from the POE two minutes after she crossed into the United States. Two minutes later, at approximately 11:54 a.m., the Camry returned southbound, parked, and Mancera exited the vehicle. The

3

Camry then remained parked, and no one was observed entering or exiting it, until Mancera returned at approximately 1:58 p.m. She then entered the Camry and drove northbound out of view until arriving at the checkpoint approximately 24 minutes later. Additionally, as part of her plea agreement, Mancera has admitted that the Camry was loaded with the fentanyl and cocaine at the time she crossed the border at the Tecate POE.

GARCIA was admitted through the checkpoint without incident. However, as Mancera's Camry drove over the speed bump before primary, a Border Patrol Agent noticed that the backend of the Camry was riding low. According to him, normally the rear of a vehicle will bounce up after passing over the bump. However, with the Camry, the rear tire was buried into the wheel-well and the backend stayed low without the normal bounce. The Border Patrol Agent suspected that Mancera was transporting individuals hidden in the trunk.

After being asked, Mancera gave permission for an inspection of the trunk. Inside, the Border Patrol Agent saw a blanket raised above the trunk's bottom. When he pushed down on it, he felt something hard. After lifting the corner, he saw several rectangular-shaped bundles wrapped in cellophane filling the trunk up to the lip of the trunk wall. Packages also subsequently were found concealed in all four doors of the Camry, the rear quarter panels, and underneath the front-passenger carpets. The Drug Enforcement Administration (DEA) lab has since confirmed that the packages contained a total of 3.99 kilograms of fentanyl and 216 kilograms of cocaine.

4

Mancera was placed under arrest and has since pled guilty to two counts of possession with intent to distribute controlled substances. At the time of her arrest, a telephone was seized from her. Search warrants also were obtained for her Instagram and iCloud accounts.

Crossing records obtained for Mancera reflect that she crossed through the Tecate POE vehicle lanes on 32 occasions. On 12 of those dates, GARCIA admitted her. With respect to the other 20 crossings, four were admissions by one CBPO, three were admissions by another, four were admissions by two separate CBPOs (two each), and the remaining nine admissions were by nine separate CBPOs.

Telephone evidence reflects that Mancera coordinated her crossings on several of the occasions she crossed in order to be admitted by GARCIA. For example, on or about May 4, 2023, at approximately 8:08 a.m., Mancera exchanged audio messages with a co-conspirator. The co-conspirator stated that the time to cross was longer than an hour and "they" were not going to make it through the border on time. He then instructed Mancera to return to the "house." Records obtained from the POE reflect that GARCIA was assigned to work the primary vehicle lanes from 8:00 a.m. to 9:00 a.m. GARCIA then was scheduled to work elsewhere before manning the vehicle primary lanes again from 10:00 a.m. to 11:00 a.m. Mancera subsequently crossed through the Tecate POE at 10:08 a.m. and was admitted by GARCIA. Similarly, on or about May 9, 2023, Mancera crossed through GARCIA's lane (lane two) at the Tecate POE at approximately 10:51 a.m. Prior to crossing, at approximately 10:19 a.m., a co-conspirator sent the following audio WhatsApp message to Mancera: "Remember, from 10:30 to 11:30, door two." A

few minutes later he added, "Just calculate that it's 10:30, come slowly and, because there's no line, no line, Amanda, nothing, it's clean all the way down." Records obtained from the POE reflect that GARCIA was assigned to work lane two of the primary vehicle lanes from 10:30 a.m. to 11:30 a.m., *i.e.*, beginning 11 minutes *after* the message was sent by the co-conspirator to Mancera telling her to cross lane two between 10:30 and 11:30. Then, on July 27, 2023, beginning at approximately 10:46 a.m., Mancera messaged a co-conspirator on Instagram to "Just double check the time frame started at 10:30[.]" Records obtained from the Tecate POE reflect that GARCIA was assigned to work the vehicle primary lanes from 10:30 a.m. to 11:30 a.m. on this date. At approximately 10:57 a.m., the co-conspirator responded, "Yes" and "Go[.]" At approximately 10:58 a.m., Mancera entered the United States from Mexico at the Tecate POE. Mancera was admitted by GARCIA.

Apple iCloud data for GARCIA's account reflects that he lives above his means. A receipt in the iCloud account from Gucci, dated May 2023, showed a cash purchase of a $1,928.83 handbag. A week later there were photographs of various purchased items from Louis Vuitton. Also, in June 2023, there were photographs of GARCIA trying on Burberry apparel and shoes. GARCIA also travels extensively and frequently to Mexico.

GARCIA is currently believed to be staying in Mexico. He is considered to be absent without leave from his current duties with CBPO.

<u>REQUEST FOR SEALING</u>

It is further respectfully requested that this Court issue an Order sealing, until further order of this Court, all papers submitted in support of this complaint, including the

probable cause statement and arrest warrant. Sealing is necessary because premature disclosure of the contents of this probable cause statement and related documents may cause GARCIA to flee, remain hidden, and/or may cause destruction of evidence and otherwise have a negative impact on this continuing investigation.